Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Miss.

_____ Division

Jovan K. Singleton
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

WCCF WARDEN    Sgt Derek Washington
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:22-cv-0005-DCB-FKB
(to be filled in by the Clerk's Office)



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 07 2022
BY _____ ARTHUR JOHNSTON
                              DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jovan K. Singleton
   All other names by which you have been known: Jovan Singleton
   ID Number: 154374
   Current Institution:
   Address: P.O. Box # 1889
   Tarchman       MS       38738
   City           State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: WCCF Warden
   Job or Title (if known): Warden
   Shield Number:
   Employer:
   Address: WCCF Warden
   Woodville       MS       39669
   City           State   Zip Code
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name: Sgt. Mr. Derek Washington
   Job or Title (if known): Sgt
   Shield Number:
   Employer:
   Address: WCCF
   Woodville       MS       39669
   City           State   Zip Code
   ☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City        State        Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City        State        Zip Code
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Wilkinson County Correctional Facility, On K-Pod On Dec. 10, 2021 Approx. Between 10am and 5pm.

On Dec. 9, 2021 I notified the WCCF Warden at my 90 day review that Sgt Derek Washington paid the offender in cell #105 on K-Pod to throw Fieces on me and also threaten me saying that he gots to feed me and what he will do to me and my family. And that he is an active gang member and that I need to get active. I told him that I fear for my life around Mr. Sgt Derek Washington. On Dec. 10, 2021. Approx Between 10am and 5pm. On K-Pod at Wilkinson County Correctional Facility. Sgt. Derek Washington and. Sgt SLACK was doing shower call on K-Pod Once they both got to my door I advise Sgt SLACK that I needed to talk to Mrs. Donaldson about an institutional matter. While being escorted to the shower. I was informing officer SLACK what was going on. And Mr. Sgt Derek Washington Grab my arm aggressivily I turn around and try to see why he grabbing me like that. He looks and my face and say nigga what what. I ignore him and was started to continue to inform Sgt SLACK Before I could turn around. I was picked up and SLAM Left Shoulder and left side of back of head first. I was not aggressive period. I get back to my feet. Sgt Derek Washington continue to assalte me. by chocking me them grabbing me and shoving me backward. Causing Back to ram against the stair rail causing me to go back to the Ground. It was only Sgt. Derek Washington Assalteds me he drag me toward my cell and I gets up and go inside my cell

Once I get in the cell I tell officer Sgt SLACK what I need medical attention and I fear for my life around that ~~and~~ Mr. Sgt Derek Washington. Officer SLACK tells me OK. While in my cell I notice that I was bleeding on my wrist and I also had a big sore on my right hip. and extreme server pain on my whole left side my back and back of my head. Mrs. Washington the Zone Counslar comes on the Zone and ask what me Mr. Sgt Derek Washington got going on Yall pose to be cousin. I not told her everythang that happen and I was not aggressive posing a threat by any means and he holding a personal grudge toward me for telling on him and he was kin to the victim of my charge. His Daddy is my Uncle nephew. His father name is Derek Coleman and my Uncle name is James Dewanye Singleton. I have did so many ARP's on protection from Harm against WCCF no action was taken. I'm born and raised in Natchez MS. which 85 90% of the Staff I know personally from the world. Some I fear for my life around because they are kin to victim of my charge and we had promblems in the free world. I stated that I was gone do the right thing and press charges and due another ARP. and all of sudden she said was gone review the camera she seen that Mr. Sgt Derek Washington was in the wrong and she try to save Sgt Derek Washington Job. And illegal transefered me in another offender spot to M.S.P Without any medical Attention

END-OF-STATEMENT.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Dec. 10, 2021 Approx. Between 10am and 5pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On Dec. 10, 2021 approx. Between 10am and 5pm. At WCCF on K-Pod. I was assaulted while in full restraints. more than once. without medical attention or possing a threat. The whole zone on K-Pod the camera and Sgt. SLACK see what Mr. Sgt. Derek Washington did to be choke me slam me and pushed me against stairs rail.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I did not receive medical attention after I requested medical attention. Shoulder, Back, Left side right hip and right wrist. in server pain

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. 3 million dollars for pain and suffering and Protection from Harm.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WCCF

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[✓] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   Both at WCCF & MSP.

2. What did you claim in your grievance?

   Sgt Washington Assalted me while in full restraits after I advise the Warden that my life was in danger by him and next day I was assalted.

3. What was the result, if any?

   No medical attention, transefered me to MSP. and they throw away my ARP.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I'm waiting on response.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   See Attached

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I filed grievance and I also Informed the WCCF Warden before Icident took place. at my 90 day review at WCCF on Dec.9, 2021.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __N/A__
   Defendant(s) __N/A__

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __N/A__

3. Docket or index number __N/A__

4. Name of Judge assigned to your case __N/A__

5. Approximate date of filing lawsuit __N/A__

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __N/A__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   __N/A__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? __No__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
    Plaintiff(s) N/A
    Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number N/A

4. Name of Judge assigned to your case N/A

5. Approximate date of filing lawsuit N/A

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff: *Jovan K. Singleton*
Printed Name of Plaintiff: Jovan K. Singleton
Prison Identification #: 154374
Prison Address:

City    State    Zip Code

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Page 11 of 11