IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOVAN K. SINGLETON, # 154374**                                                            **PLAINTIFF**

VERSUS                                                            CIVIL ACTION NO. 5:22cv5-DCB-FKB

**WILKINSON COUNTY CORRECTIONAL**
**FACILITY WARDEN and DEREK**
**WASHINGTON**                                                                            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.   Pursuant to the Order issued this date,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is dismissed without prejudice.

So ordered and adjudged, this the __26th__ day of July, 2022.

                                                    s/David Bramlette
                                                  UNITED STATES DISTRICT JUDGE